**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**JOHN M. YOUNG**                                                       **PLAINTIFF**

**v.**                                                        **CAUSE NO.: 1:06CV55**

**DRAPER WILLIAMS, individually, and**
**THE OKTIBBEHA COUNTY**
**SHERIFF'S DEPARTMENT**                                    **DEFENDANTS**

## ORDER GRANTING SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendants' Motion for Summary Judgment [docket entry 28] is GRANTED;

(2) the Plaintiff's claims are DISMISSED; and

(3) this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the  4th  day of March 2008.


                                                                          **/s/ Sharion Aycock**

                                                                          **U.S. DISTRICT JUDGE**